**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Apollo H.V.A.C. Corporation** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FDBA  Apollo Air Conditioning** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **11-3116530** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**225 N. Fehr Way**
**Bay Shore, NY 11706**
Number, Street, City, State & ZIP Code

**Suffolk**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　3334

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

| Debtor | **Apollo H.V.A.C. Corporation** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Apollo H.V.A.C. Corporation** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 10, 2019**
                MM / DD / YYYY

**X** **/s/ Rudy Holesek**                                    **Rudy Holesek**
Signature of authorized representative of debtor              Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Michael J. Macco**                    Date **October 10, 2019**
Signature of attorney for debtor                      MM / DD / YYYY

**Michael J. Macco**
Printed name

**Macco Law Group, LLP**
Firm name

**2950 Express Drive South**
**Suite 109**
**Islandia, NY 11749**
Number, Street, City, State & ZIP Code

Contact phone    **631-549-7900**        Email address

**11-3138014 NY**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name __**Apollo H.V.A.C. Corporation**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**October 10, 2019**__     X */s/ Rudy Holesek*_____
                                                      Signature of individual signing on behalf of debtor

                                                      **Rudy Holesek**_____
                                                      Printed name

                                                      **President**_____
                                                      Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Apollo H.V.A.C. Corporation**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $      1,911,983.32

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................    $      1,911,983.32

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................    $      502,438.28

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $      308,509.58

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      9,589,115.03

4.    **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b          $      10,400,062.89

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Apollo H.V.A.C. Corporation**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **BNB Bank** | **checking** | 2552 | $41,820.84 |
| 3.2. **Empire National Bank** | **checking (operating)** | 4015 | $0.00 |
| 3.3. **Empire National Bank** | **checking (payroll)** | 4024 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $41,820.84 |
|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Apollo H.V.A.C. Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:     5,712,662.48     -     4,000,000.00     = ....     $1,712,662.48

                                       face amount                              doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     |  $1,712,662.48 |

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Inventory on hand** | | $0.00 | at cost | $100,000.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Tools, Gang Boxes, Ladders** | | $0.00 | | $25,000.00 |
| | misc. office equipment | | $0.00 | | $2,500.00 |

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.     |  $127,500.00 |

24.    **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____     Valuation method _____     Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor    **Apollo H.V.A.C. Corporation**                                        Case number *(If known)* _____
<br>Name

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
<br>☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
<br>■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|       **Copiers - subject to lease** | **$0.00** | | **$0.00** |
|       **Plotwave - subject to lease** | **$0.00** | | **$0.00** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
<br>Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$0.00** |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
<br>■ No
<br>☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
<br>■ No
<br>☐ Yes

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
<br>■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2016 Volvo XC90 - subject to lease - SURRENDERED** | **$0.00** | | **$0.00** |
| 47.2.  **2017 Cadillac T5 - subject to lease - SURRENDERED** | **$0.00** | | **$0.00** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Apollo H.V.A.C. Corporation** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 47.3. | **2017 GMC Acadia - subject to lease - SURRENDERED** | $0.00 | | $0.00 |
| 47.4. | **2018 Lincoln MKC - subject to lease - SURRENDERED** | $0.00 | | $0.00 |
| 47.5. | **2019 Cadillac Escalade - subject to lease - SURRENDERED** | $0.00 | | $0.00 |
| 47.6. | **2014 GMC Savana - subject to lease - SURRENDERED** | $0.00 | | $0.00 |
| 47.7. | **2014 GMC Savana - subject to lease - SURRENDERED** | $0.00 | | $0.00 |
| 47.8. | **2016 GMC Canyon - subject to lease - SURRENDERED** | $0.00 | | $0.00 |
| 47.9. | **Car Lift, Tire Changer, Tire balance machine, engine stand, parts washer, transmission jack, brack lathe, misc. tools of the trade - SURRENDERED** | $0.00 | | $10,000.00 |
| 47.10. | **approximately 12 vehicles** | $0.00 | | $20,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**

| | $30,000.00 |
| --- | --- |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Apollo H.V.A.C. Corporation**                          Case number *(If known)* _____
_____
Name

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Apollo H.V.A.C. Corporation**                                    Case number *(If known)* _____
           Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $41,820.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,712,662.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $127,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,911,983.32 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,911,983.32 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Apollo H.V.A.C. Corporation**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Empire National Bank** | Describe debtor's property that is subject to a lien | $502,438.28 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Misc. equipment; chattel paper; computer equipment; general intangibles; fixtures; timber, etc.** | | |
| | **1707 Veterans Highway Suite 8 Islandia, NY 11749** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Loan** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $502,438.28 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Apollo H.V.A.C. Corporation** |
| United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK |
| Case number (if known)  _____ |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address<br>**Andrew M. DeStefano**<br>**270 Shore Road, Apt. 29**<br>**Long Beach, NY 11561** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,620.60 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Angela Ross**<br>**106 Forest Avenue**<br>**West Babylon, NY 11704** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $261.68 | $261.68 |
| Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    47769                    Best Case Bankruptcy

| Debtor | Apollo H.V.A.C. Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,216.00 | $4,216.00 |
|---|---|---|---|---|
| | **Brian K. Tolley**<br>**856 Birchwood**<br>**Medford, NY 11763** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|
| | **Bryan Flores**<br>**50 Carver Blvd.**<br>**Bellport, NY 11713** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,008.00 | $1,008.00 |
|---|---|---|---|---|
| | **Cathryn Byrnes**<br>**1528 Pine Avenue**<br>**Bohemia, NY 11716** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,320.00 | $4,320.00 |
|---|---|---|---|---|
| | **Christine Smith**<br>**106 Jefferson Street**<br>**East Islip, NY 11730** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Apollo H.V.A.C. Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,707.10 | $2,707.10 |
|---|---|---|---|---|
| | **Christopher Brady**<br>**53 Briarcliff Road**<br>**Shoreham, NY 11786** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,194.00 | $3,194.00 |
|---|---|---|---|---|
| | **Christopher Cedeno**<br>**780 Hill Street**<br>**Southampton, NY 11968** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $360.00 | $360.00 |
|---|---|---|---|---|
| | **Claudia Cheadle**<br>**17 Spinnaker Court**<br>**East Patchogue, NY 11772** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $552.00 | $552.00 |
|---|---|---|---|---|
| | **Colleen Robitaille**<br>**19 Holiday Park Drive**<br>**Centereach, NY 11720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|--------|------|--------|--|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,968.96 | $8,968.96 |
|------|------|------|------|------|
| | **Corey A. Davis** | Check all that apply. | | |
| | **1629 Barbara Lane** | ☐ Contingent | | |
| | **East Meadow, NY 11554** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,178.50 | $3,178.50 |
|------|------|------|------|------|
| | **Craig A. Showe** | Check all that apply. | | |
| | **18 Winside Lane** | ☐ Contingent | | |
| | **Holtsville, NY 11742** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,076.96 | $1,076.96 |
|------|------|------|------|------|
| | **Dante M. Iafrate** | Check all that apply. | | |
| | **35 Somerset Drive** | ☐ Contingent | | |
| | **Commack, NY 11725** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $809.28 | $809.28 |
|------|------|------|------|------|
| | **Delifus Jones** | Check all that apply. | | |
| | **15 Chester Street** | ☐ Contingent | | |
| | **Lake Grove, NY 11755** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Apollo H.V.A.C. Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.80 | $428.80 |
|---|---|---|---|---|

| | **Devon Hannabass** | Check all that apply. | | |
| | **225 Wilson Street** | ☐ Contingent | | |
| | **Massapequa Park, NY 11762** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages & benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,888.00 | $1,888.00 |
|---|---|---|---|---|

| | **Edwin A. Flores-Chicas** | Check all that apply. | | |
| | **34 Glenmore Avenue** | ☐ Contingent | | |
| | **Brentwood, NY 11717** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages & benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,175.60 | $0.00 |
|---|---|---|---|---|

| | **Edwin Alvarez** | Check all that apply. | | |
| | **20 Randall Avenue** | ☐ Contingent | | |
| | **Apt. 21** | ☐ Unliquidated | | |
| | **Freeport, NY 11520** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages & benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,087.92 | $7,087.92 |
|---|---|---|---|---|

| | **Elvin Fraser** | Check all that apply. | | |
| | **212 Sullivan Place** | ☐ Contingent | | |
| | **Brooklyn, NY 11225** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **wages & benefits** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,156.68** | **$1,156.68**

**Giovanni Flores**
**150 Suffok Avenue**
**Brentwood, NY 11717**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$368.00** | **$368.00**

**Jake T. Feldman**
**11 Grove Street**
**Lindenhurst, NY 11757**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,302.14** | **$2,302.14**

**James A. Collette**
**71 West 2nd Street**
**Deer Park, NY 11729**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,561.54** | **$6,561.54**

**James M. Cheadle**
**50 Meroke Lane**
**Islandia, NY 11760**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $4,420.00 | $4,420.00 |
|---|---|---|---|---|
| | **James Shea**<br>**157 Vanburen Street**<br>**West Babylon, NY 11704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,627.48 | $1,627.48 |
|---|---|---|---|---|
| | **Jason M. Stasi**<br>**50 2nd Street**<br>**West Sayville, NY 11796** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $12,020.00 | $12,020.00 |
|---|---|---|---|---|
| | **Jeffrey Donahue**<br>**112 Budenos Drive**<br>**Sayville, NY 11782** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $4,032.00 | $4,032.00 |
|---|---|---|---|---|
| | **Jenry O. Velasquez**<br>**70 1st Street**<br>**Brentwood, NY 11717** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Apollo H.V.A.C. Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $4,524.00 | $4,524.00 |
|---|---|---|---|---|

**Jill Long**
**185 Hammond Road**
**Centereach, NY 11720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $5,562.00 | $5,562.00 |
|---|---|---|---|---|

**John Cardona**
**2907 Beechnut Avenue**
**Medford, NY 11763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $408.00 | $408.00 |
|---|---|---|---|---|

**John F. Sklavonitis**
**133 Strauss Avenue**
**Selden, NY 11784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,520.00 | $1,520.00 |
|---|---|---|---|---|

**Joseph C. Torres**
**187 Studley Street**
**Brentwood, NY 11717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $956.96 | $956.96 |
|---|---|---|---|---|
| | **Joseph Colletti**<br>**49 Deserre Avenue**<br>**Staten Island, NY 10312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $14,438.03 | $13,650.00 |
|---|---|---|---|---|
| | **Joseph L. Mead**<br>**9 Hastings Drive**<br>**Ridge, NY 11961** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,346.00 | $1,346.00 |
|---|---|---|---|---|
| | **Joseph R. Graziano**<br>**13 Ridgeview Terrace**<br>**Elmsford, NY 10523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,879.68 | $1,879.68 |
|---|---|---|---|---|
| | **Joseph Rocioppi**<br>**74 Old Eastneck Road**<br>**Melville, NY 11747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

---

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (*if known*) | |
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,619.54 | $2,619.54 |
| | **Julio Claudio** | *Check all that apply.* | | |
| | **PO Box 341** | ☐ Contingent | | |
| | **Patchogue, NY 11772** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,017.00 | $5,017.00 |
| | **Karla J. Dorsa** | *Check all that apply.* | | |
| | **9 Tall Tree Lane** | ☐ Contingent | | |
| | **Rocky Point, NY 11778** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,970.00 | $2,970.00 |
| | **Kenneth B. Budds** | *Check all that apply.* | | |
| | **126 Evergreen Avenue** | ☐ Contingent | | |
| | **Medford, NY 11763** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $326.40 | $326.40 |
| | **Leonardo Domenech** | *Check all that apply.* | | |
| | **22 Amfer Court** | ☐ Contingent | | |
| | **Bay Shore, NY 11706** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

Debtor   **Apollo H.V.A.C. Corporation**                                          Case number (if known) _____
      Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.00 | $360.00 |
|------|--------|--------|--------|--------|

**Marilyn Dorsa**
**16 Julia Court**
**Middle Island, NY 11953**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $691.20 | $691.20 |
|------|--------|--------|--------|--------|

**Markus Mathura**
**132-36 55th Street**
**Jamaica, NY 11434**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,663.54 | $12,663.54 |
|------|--------|--------|--------|--------|

**Matthew Bohacik**
**314 B. Bayville Avenue**
**Bayville, NY 11709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $589.92 | $589.92 |
|------|--------|--------|--------|--------|

**Matthew H. Crowley**
**36 Hillsite Lane**
**Central Islip, NY 11722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Apollo H.V.A.C. Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,066.22 | $1,066.22 |
|---|---|---|---|---|

**Matthew J. Demane**
**59 Racal Court.**
**Apt. 3**
**Staten Island, NY 10314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,810.08 | $1,810.08 |
|---|---|---|---|---|

**Michael Berger**
**2228 80th Street**
**Brooklyn, NY 11214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $10,177.92 | $10,177.92 |
|---|---|---|---|---|

**Michael J. Emanuele**
**107 Pequa Place**
**Massapequa, NY 11758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $10,077.45 | $10,077.45 |
|---|---|---|---|---|

**Michael Siford**
**161 Overton Street**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) |
| | Name | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,236.96 | $6,236.96 |
|---|---|---|---|---|

**Michael T. Stewart**
**PO Box 72**
**Selden, NY 11784**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,712.48 | $13,650.00 |
|---|---|---|---|---|

**Michelle A. Selvaggio**
**17 Brayton Ct. S.**
**Centereach, NY 11720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,886.12 | $5,886.12 |
|---|---|---|---|---|

**NYS Department of**
**Taxation and Finance**
**Attn: Office of Counsel**
**Bldg 9 WA Harriman Campus**
**Albany, NY 12227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,395.27 | $1,395.27 |
|---|---|---|---|---|

**Peter J. Huljev**
**285 Merrymount Street**
**Staten Island, NY 10314**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Apollo H.V.A.C. Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,864.00** | **$6,864.00** |
|---|---|---|---|---|

**Przemyslaw Nikiel**
**1 Willis Avenue**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$22,204.00** | **$13,650.00** |
|---|---|---|---|---|

**Roger Zeis**
**12 Balsam Lane**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,954.11** | **$1,954.11** |
|---|---|---|---|---|

**Ronald A. Pruitt**
**111 Hampton Avenue**
**Mastic, NY 11950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,792.00** | **$1,792.00** |
|---|---|---|---|---|

**Ryan M. Meehan**
**17 Paige Lane**
**Moriches, NY 11955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$16,012.88** | **$13,650.00** |
|---|---|---|---|---|
| | **Scott P. Derby**<br>**1505 N. Gardiner Drive**<br>**Bay Shore, NY 11706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$420.00** | **$0.00** |
|---|---|---|---|---|
| | **Sherwin Barker**<br>**227 Oakley Avenue**<br>**Apt. 170**<br>**Massapequa, NY 11758** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,734.40** | **$6,734.40** |
|---|---|---|---|---|
| | **Steve Lundberg**<br>**109 Wyona Avenue**<br>**Selden, NY 11784** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$18,687.11** | **$13,650.00** |
|---|---|---|---|---|
| | **Steven D. Iasimone**<br>**PO Box 450**<br>**Rocky Point, NY 11778** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| | | |
|---|---|---|
| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) |
| | Name | |

| | | | | |
|---|---|---|---|---|
| 2.59 | Priority creditor's name and mailing address<br>**Steven P. Brannigan**<br>**20 Emerald Lane**<br>**Huntington Station, NY 11746** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,909.43** | **$8,909.43** |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.60 | Priority creditor's name and mailing address<br>**Terry Campbell**<br>**130-18 149th Street**<br>**Jamaica, NY 11436** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$956.96** | **$956.96** |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.61 | Priority creditor's name and mailing address<br>**Thomas E. Duffy**<br>**482 Arlington Drive**<br>**Seaford, NY 11783** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,662.88** | **$2,662.88** |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.62 | Priority creditor's name and mailing address<br>**Thomas G. Winberry**<br>**335 McCall Avenue**<br>**West Islip, NY 11795** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,440.00** | **$1,440.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Apollo H.V.A.C. Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $5,200.00 | $5,200.00 |
|---|---|---|---|---|
| | **Thomas H. Doran**<br>**186 Greenbelt Pkwy**<br>**Holbrook, NY 11741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $16,900.00 | $13,650.00 |
|---|---|---|---|---|
| | **Timothy Boehm**<br>**114 Saw Mill Road**<br>**Bellmore, NY 11710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,312.00 | $1,312.00 |
|---|---|---|---|---|
| | **Timothy J. Noon**<br>**41 Garfield Street**<br>**Bay Shore, NY 11706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $4,001.40 | $4,001.40 |
|---|---|---|---|---|
| | **Walter Rodriguez Castillo**<br>**33 Hempstead Tpke**<br>**Farmingdale, NY 11735** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages & benefits** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Apollo H.V.A.C. Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,682.40 | $3,682.40 |
|---|---|---|---|---|

**William H. Lohrberg
103 Delaware Avenue
Long Beach, NY 11561**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages & benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $438.85 |
|---|---|---|---|

**1-800 Radiator & A/C
101 Cleveland Avenue
Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,129.30 |
|---|---|---|---|

**300 Hampton Road
300 Hampton Road
Southampton, NY 11968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,200.00 |
|---|---|---|---|

**A&J Crane
121 Wyandanch Avenue
Wyandanch, NY 11798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,728.81 |
|---|---|---|---|

**A.D.E. Systems
150 Albany Avenue
Freeport, NY 11520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,040.73 |
|---|---|---|---|

**ABCO Refrigeration
49-70 31st Street
Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Apollo H.V.A.C. Corporation** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,552.84** |
| | **Able Equipment Rental** | ☐ Contingent | |
| | **1050 Grand Blvd.** | ☐ Unliquidated | |
| | **Deer Park, NY 11729** | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __**Delinquent Account**__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,111.57** |
| | **ABS Pump Repair** | ☐ Contingent | |
| | **89 Allen Blvd.** | ☐ Unliquidated | |
| | **Farmingdale, NY 11735** | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __**Delinquent Account**__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$244.02** |
| | **ACA Waste Services** | ☐ Contingent | |
| | **40 Eads Street** | ☐ Unliquidated | |
| | **West Babylon, NY 11704** | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __**Delinquent Account**__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$355,000.00** |
| | **Accuspec, Inc.** | ☐ Contingent | |
| | **21 Commerce Drive** | ☐ Unliquidated | |
| | **Danbury, CT 06810** | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __**Delinquent Account**__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,366.36** |
| | **Accuspec, Inc.** | ☐ Contingent | |
| | **21 Commerce Drive** | ☐ Unliquidated | |
| | **Danbury, CT 06810** | ☐ Disputed | |
| | Date(s) debt was incurred __**July 2019**__ | Basis for the claim: __**Delinquent Account/Mechanic's Lien Kimco Realty Jericho Atrium**__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.37** |
| | **Ace Hardware** | ☐ Contingent | |
| | **770-14 Grand Blvd.** | ☐ Unliquidated | |
| | **Deer Park, NY 11729** | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __**Delinquent Account**__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$154,699.14** |
| | **ADP, LLC** | ■ Contingent | |
| | **One ADP Drive MS-100** | ■ Unliquidated | |
| | **Atlanta, GA 30309** | ■ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __**Delinquent Account**__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$264,449.66**

**Advanced Control Solution**
**580 Pine Aire Drive**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Delinquent Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$152,673.80**

**Aerotek**
**290 broadhollow Road**
**Suite 310E**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Delinquent Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,189.12**

**AFCO Insurance**
**5600 N. River Road**
**Suite 400**
**Des Plaines, IL 60018-5187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Delinquent Account/Insurance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,962.69**

**Air Cleaning Specialists**
**826 Horan Drive**
**Fenton, MO 63026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Delinquent Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,786.86**

**Air Control Supply Co.**
**1580 Lakeland Avenue**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Delinquent Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,356.14**

**Air Weld**
**94 Marine Street**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Delinquent Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**Alarm Management**
**Program of SU**
**30 Yaphank Avenue**
**Yaphank, NY 11980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Delinquent Account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Apollo H.V.A.C. Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,918.02**

**Albert Weiss Air**
**Conditioning Products Inc**
**270 Madison Avenue**
**Suite 1805**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,300.00**

**All City Testing**
**& Balancing**
**2876 Milburn Avenue**
**Baldwin, NY 11510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,800.00**

**All County Crane**
**& Rigging**
**94 Bellport Avenue**
**Yaphank, NY 11980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$363.89**

**All Island Auto Glass**
**333 Larkfiled Road**
**East Northport, NY 11731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$369.32**

**Alldata**
**PO Box 848379**
**Dallas, TX 75284-8379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Allen-Stevenson School**
**132 East 78th Street**
**New York, NY 10075**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Re: 126-132 East 78th Street, NYC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,337.16**

**Allstate Communications**
**PO Box 750**
**Massapequa Park, NY 11762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com |

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,834.14** |
|---|---|---|---|

**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  9400**

**Basis for the claim:**  Credit Card

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00** |
|---|---|---|---|

**American Pride**
**Contracting Inc.**
**12 Franco Avenue**
**Selden, NY 11784**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Delinquent Account

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$621,323.21** |
|---|---|---|---|

**Anthony Dorsa**
**225 N. Fehr Way**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Loan

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$338.92** |
|---|---|---|---|

**Argonaut**
**610 Walnut Avenue**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Delinquent Account

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,130.34** |
|---|---|---|---|

**Arlan Damper Corp.**
**1598 Lakeland Avenue**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Delinquent Account

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700,000.00** |
|---|---|---|---|

**Aurora Contractors, Inc.**
**c/o Forchelli Deegan LLP**
**333 Earle Ovington Blvd.**
**Suite 1010**
**Uniondale, NY 11553**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Delinquent Account

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,716.30** |
|---|---|---|---|

**B&F Johnstone Supply**
**135 Schmitt Blvd.**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Delinquent Account

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,490.94** |
|---|---|---|---|
| | **Bank of America**<br>**PO Box 15796**<br>**Wilmington, DE 19886-5796** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  __Credit Card__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,672.18** |
|---|---|---|---|
| | **Bayshore Rental**<br>**240 N. Fehr Way**<br>**Bay Shore, NY 11706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  __Delinquent Account__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$759.88** |
|---|---|---|---|
| | **Beardslee Transmission**<br>**680 Old Willets Path**<br>**Hauppauge, NY 11788** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  __Delinquent Account__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,491.77** |
|---|---|---|---|
| | **Brooklyn Fan & Blower**<br>**60-20 34th Avenue**<br>**Brooklyn, NY 11214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  __Delinquent Account__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.72** |
|---|---|---|---|
| | **Brothers II Bus. Machine**<br>**200 McCormick Drive**<br>**Bohemia, NY 11716-2906** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  __Delinquent Account__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135,855.62** |
|---|---|---|---|
| | **Bruce Supply Corp.**<br>**8805 18th Avenue**<br>**Brooklyn, NY 11214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2019__ | Basis for the claim:  __unpaid account__<br>__Innovation & Discovery Center at SUNY at Stony Brook__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$172,441.04** |
|---|---|---|---|
| | **Bulldog Sheet Metal Corp.**<br>**227 N. Fehr Way**<br>**Bay Shore, NY 11706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  __Delinquent Account__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bulldog Sheet Metal Corp.**
**227 N. Fehr Way**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Mechanic's Lien/1500 Stony Brook Rd., Stony Brook**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,955.33 |
|---|---|---|---|

**Business Card**
**Bank of America**
**PO Box 15796**
**Wilmington, DE 19886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **6880**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $254.22 |
|---|---|---|---|

**Cangro Industries**
**495 Smith Street**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,608.87 |
|---|---|---|---|

**Carrier Rental Systems**
**80 Bomont Place**
**Totowa, NJ 07512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,471.57 |
|---|---|---|---|

**Cascade Water Services**
**113 Bloomingdale Road**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $814.68 |
|---|---|---|---|

**Cassone Leasing Inc.**
**1950 Lakeland Avenue**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,623.00 |
|---|---|---|---|

**Catholic Health Services**
**St. Francis**
**2200 Northern Blvd.**
**Greenvale, NY 11548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,487.13**

**Central Business Systems**
**1219 Walt Whitman Rd.**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,066.25**

**Ceschini CPAs**
**Tax & Advisory PLLC**
**54 North Country Road**
**Miller Place, NY 11764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,287.47**

**Chase**
**PO Box 15123**
**Wilmington, DE 19850-5123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Credit Card (Southwest)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,909.94**

**ChemTreat**
**5460 Cox Road**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,200.00**

**Chemworks Inc.**
**31 George Street**
**Newton, MA 02458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,250.00**

**Chimney Design**
**Solutions Inc.**
**649 Lafayette Ave.**
**Suite 3**
**Hawthorne, NJ 07506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,976.85**

**Cintas Corp. Loc 780**
**PO Box 630803**
**Cincinnati, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,270.00** |
|---|---|---|---|
| | **Climate Master LLC** | ☐ Contingent | |
| | **PO Box 1117** | ☐ Unliquidated | |
| | **Sayreville, NJ 08872** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Delinquent Account** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$201.19** |
|---|---|---|---|
| | **Computerease** | ☐ Contingent | |
| | **PO Box 7789** | ☐ Unliquidated | |
| | **Santa Rosa, CA 95407** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Delinquent Account** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,436.04** |
|---|---|---|---|
| | **Cutting Edge Metal** | ☐ Contingent | |
| | **Works Inc.** | ☐ Unliquidated | |
| | **12 Long Island Avenue** | ☐ Disputed | |
| | **Holtsville, NY 11742** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Delinquent Account** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,270.18** |
|---|---|---|---|
| | **Daikin Applied** | ☐ Contingent | |
| | **10 Exchange Place** | ☐ Unliquidated | |
| | **21st Floor** | ☐ Disputed | |
| | **Jersey City, NJ 07302** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Delinquent Account** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,568.17** |
|---|---|---|---|
| | **Denico Management** | ☐ Contingent | |
| | **225 N. Fehr Way** | ☐ Unliquidated | |
| | **Bay Shore, NY 11706** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$258.54** |
|---|---|---|---|
| | **Diamond Auto Service** | ☐ Contingent | |
| | **71-73 Cleveland Avenue** | ☐ Unliquidated | |
| | **Bay Shore, NY 11706** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Delinquent Account** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,175.00** |
|---|---|---|---|
| | **Difazio Power & Electric** | ☐ Contingent | |
| | **711 Grand Blvd.** | ☐ Unliquidated | |
| | **Deer Park, NY 11729** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Delinquent Account** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Apollo H.V.A.C. Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,900.00 |
|---|---|---|---|

**Dolphin Equipment Corp.**
**629 5th Avenue**
**Suite #226**
**Pelham, NY 10803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,670.01 |
|---|---|---|---|

**East Coast Filter**
**Sales & Service**
**80 Modular Avenue**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142,711.62 |
|---|---|---|---|

**Eastern Industrial Svcs.**
**860 B. South Second St.**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,119.03 |
|---|---|---|---|

**Egan & Golden, Attys.**
**46 Newton Lane**
**East Hampton, NY 11937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,831.20 |
|---|---|---|---|

**Encore Petroleum**
**180 West 5th Street**
**Bayonne, NJ 07002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,544.63 |
|---|---|---|---|

**Energy Plus NY**
**831 Kent Avenue**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,520.75 |
|---|---|---|---|

**Erlin Steel**
**857 N. Richmond Avenue**
**Lindenhurst, NY 11757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.69** Nonpriority creditor's name and mailing address

**Fairfield Maintenance**
**414 Fairfield Road**
**Fairfield, NJ 07004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

**$67,500.00**

---

**3.70** Nonpriority creditor's name and mailing address

**Family Pipe**
**Insulation Inc.**
**25-20 100th Street**
**East Elmhurst, NY 11369**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

**$166,558.55**

---

**3.71** Nonpriority creditor's name and mailing address

**Family Service**
**1444 5th Avenue**
**Bay Shore, NY 11706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Family Service Project**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.72** Nonpriority creditor's name and mailing address

**Federal Express**
**PO Box 371461**
**Pittsburgh, PA 15250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

**$281.05**

---

**3.73** Nonpriority creditor's name and mailing address

**Ferguson Enterprises**
**PO Box 417592**
**Boston, MA 02241-7592**

Date(s) debt was incurred _

Last 4 digits of account number  **4843**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

**$19,477.88**

---

**3.74** Nonpriority creditor's name and mailing address

**Fleet Fueling**
**PO Box 6293**
**Carol Stream, IL 60197-6293**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

**$26,078.57**

---

**3.75** Nonpriority creditor's name and mailing address

**Forte Construction Inc.**
**490 Wheeler Road**
**Suite 101**
**Hauppauge, NY 11788**

Date(s) debt was incurred _

Last 4 digits of account number  **1159**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

**$35,000.00**

---

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,370.00** |
|---|---|---|---|

**G.A. Fleet Assoc. Inc.**
**55 Calvert Street**
**Harrison, NY 10528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Delinquent Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$897.24** |
|---|---|---|---|

**Galaxie Coffee Service**
**100 Sea Lane**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Delinquent Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$634.50** |
|---|---|---|---|

**Gemma's Automotive Svc.**
**324 Uniondale Avenue**
**Uniondale, NY 11553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Delinquent Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$334,000.00** |
|---|---|---|---|

**Gene & Catherine Salkind**
**1165 Wrack Road**
**Jenkintown, PA 19046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Promissory Note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$493.03** |
|---|---|---|---|

**General Sercurity-36386**
**100 Fairchild Avenue**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Delinquent Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$654.66** |
|---|---|---|---|

**General Sercurity-36401**
**100 Fairchild Avenue**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Delinquent Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$185.14** |
|---|---|---|---|

**General Sercurity-452841**
**100 Fairchild Avenue**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Delinquent Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,266.55 |
|---|---|---|---|

**Gil-Bar Industries, Inc.**
**9 West 19th Street**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number  **1456**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,388.55 |
|---|---|---|---|

**Gilbar Industries Inc.**
**5 West 19th Street**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,437.98 |
|---|---|---|---|

**GM Financial Leasing**
**PO Box 99606**
**Arlington, TX 76096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,405.09 |
|---|---|---|---|

**Gotham Pipe Supply LLC**
**1819 Flushing Ave.**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **unpaid account**
**Innovation & Discovery Center at SUNY at Stony Brook**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,914.82 |
|---|---|---|---|

**Grainger, WW**
**1 Park Drive**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,530.68 |
|---|---|---|---|

**Home Depot Credit Service**
**PO Box 9001030**
**Louisville, KY 40290-1030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,600.00 |
|---|---|---|---|

**HRANEE Sheet Metal Inc.**
**763 McClellandtown Road**
**Uniontown, PA 15401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account/Jericho Atrium 1761 LLC Kinco**
**Realty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300,514.54** |
|---|---|---|---|

**HTS NY Inc.**
**One Penn Plaza**
**Suite 2014**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$515.97** |
|---|---|---|---|

**HVAC Service Assoc.**
**14 Leonardville Road**
**Middletown, NJ 07748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,592.11** |
|---|---|---|---|

**Ideal Supply Co.**
**445 Communipaw Avenue**
**Jersey City, NJ 07304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,757.44** |
|---|---|---|---|

**Industrial Threaded Prdts**
**777 Mount Avenue**
**Wyandanch, NY 11798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,744.19** |
|---|---|---|---|

**Innovative Financial**
**Technologie**
**4455 Carver Woods Dr.**
**Suite 110**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,945.74** |
|---|---|---|---|

**Insta Answer, LLC**
**PO Box 9831**
**Pompano Beach, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Insurance Company of the**
**State of Pennsylvania**
**PO Box 11590**
**Newark, NJ 07193-1590**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account/Insurance**

Last 4 digits of account number  **5195**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,513.05**

**Ironbound Supply Co.**
**146 Jackson Street**
**PO Box 5210**
**Newark, NJ 07105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Delinquent Account/The Allen-Stevenson School**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,824.10**

**Islandaire**
**500 Middle Country Road**
**Saint James, NY 11780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146.64**

**J&M Towing**
**19 Seabro Avenue**
**Amityville, NY 11701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.78**

**J.K. Waste Oil Service**
**247 W. 5th Street**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,400.00**

**Jeffrey Donahue, P.E.**
**112 Budenos Drive**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,052,019.79**

**Johnson Controls**
**PO Box 730068**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19.55**

**Johnstone Supply**
**845 East 138th Street**
**Bronx, NY 10454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00** |
|---|---|---|---|

**Kagan & Cinton Inc.**
**210 River Street**
**Hackensack, NJ 07601**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,225.00** |
|---|---|---|---|

**KM Associates of NY Inc.**
**158 West 29th Street**
**7th Floor**
**New York, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,738.00** |
|---|---|---|---|

**L.P. Gan Sales Co.**
**100 East Second Street**
**Mineola, NY 11501**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,385.95** |
|---|---|---|---|

**Leidel Corp.**
**95 Orville Drive**
**Bohemia, NY 11716**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,607.39** |
|---|---|---|---|

**Lennox Industries, Inc.**
**PO Box 910549**
**Dallas, TX 75391**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,591.51** |
|---|---|---|---|

**LI & NY Mechanical**
**Contractors**
**123 South Street**
**Suite 112**
**Oyster Bay, NY 11771**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,379.00** |
|---|---|---|---|

**Local 355, USWLMC**
**138-50 Queens Blvd.**
**Jamaica, NY 11435**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **other/union dues**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,432.36**

**Long Island Pipe Supply**
**586 Commercial Avenue**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,027.80**

**Long Island R&R Rigging**
**c/o Ingerman Smith LLP**
**150 Motor Parkway**
**Suite 400**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,500.00**

**MA 2 Flags Contracting Co**
**25-18 100th Street**
**East Elmhurst, NY 11369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Marlborro Group Int. LLC**
**28 East 28th Street**
**Concourse Level**
**New York, NY 10016**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **East 88th Street Project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,929.61**

**Mason Industry**
**PO Box 410**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81,970.08**

**MCN Distributors**
**300 N. Connecting Rd.**
**Islandia, NY 11749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,137.78**

**MCN Rigging**
**MCN Distributors Inc.**
**300 N. Connecting Road**
**Islandia, NY 11749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$111,507.18** |
|---|---|---|---|

**Mechanical Services Inc.**
**250 5th Avenue**
**Suite 501**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Delinquent Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,094.85** |
|---|---|---|---|

**Metal Master**
**2090 Fifth Avenue**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Delinquent Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$133,704.17** |
|---|---|---|---|

**Metro Valve & Actuation**
**241-02 Northern Blvd.**
**Suite 203**
**Little Neck, NY 11362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Delinquent Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,425.00** |
|---|---|---|---|

**Miller Proctor Nicholas**
**2 Hudson Street**
**Tarrytown, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Delinquent Account/SB University/Aurora__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$604.26** |
|---|---|---|---|

**Mobile on Demand Storage**
**1055 Montauk Highway**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Delinquent Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00** |
|---|---|---|---|

**MVC Controls, Inc.**
**111 Canfield Avenue**
**Suite A-13**
**Randolph, NJ 07869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Delinquent Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,117.15** |
|---|---|---|---|

**NEFCO Corporation**
**PO Box 280186**
**East Hartford, CT 06128-0186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Delinquent Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Apollo H.V.A.C. Corporation**                                    Case number (if known) _____
_____
         Name

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |

**NYC Department of Finance**
**Church Street Station**
**PO Box 3640**
**New York, NY 10008-3640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Fine**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |

**NYC Department of Finance**
**Church Street Station**
**PO Box 3600**
**New York, NY 10008-3600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Parking Ticket/Fine**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |

**NYC Department of Finance**
**Church Street Station**
**PO Box 3600**
**New York, NY 10008-3600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Parking Ticket/Fine**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.75 |

**Oasis Auto Parts**
**81 Otis Street**
**West Babylon, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,984.64 |

**Office Depot**
**PO Box 88040**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,019.32 |

**Optimum**
**PO Box 742698**
**Cincinnati, OH 45274-2698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,243.07 |

**Parts Authority**
**550 Pine Aire Drive**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Apollo H.V.A.C. Corporation**                                Case number (if known) _____
          Name

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,368.25 |
|---|---|---|---|

**Patriot Supply Inc.**
**20-22 West Mall**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pav-Lak Contracting Inc.**
**325 Marcus Boulevard**
**Hauppauge, NY 11788**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Re: 540 Fulton Street, Brooklyn, NY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pav-Lak Contracting Inc.**
**325 Marcus Boulevard**
**Hauppauge, NY 11788**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Re: Briarwood Towers N&S 134th Street 80-09 & 81-09 134th Street, Briarwood, NY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|

**Pedowitz Machinery**
**Movers Inc.**
**3240 Lawrence Avenue**
**Oceanside, NY 11572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,197.47 |
|---|---|---|---|

**Planet Kids**
**635 Middle Country Road**
**Coram, NY 11727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,065.13 |
|---|---|---|---|

**Proactive Technology Grp**
**14 Plaza road**
**Greenvale, NY 11548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.73 |
|---|---|---|---|

**Prof. Fire Services**
**2256 Laura Court**
**Merrick, NY 11566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,086.25** |
|---|---|---|---|

**R&R Landscaping**
**469 Lakeland Avenue**
**Sayville, NY 11782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,640.07** |
|---|---|---|---|

**Radiance Auto Body**
**287 Bay Shore Road**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,432.32** |
|---|---|---|---|

**Reliable Wire & Cable**
**9015 S. Kedzie Avenue**
**Unit B**
**Evergreen Park, IL 60805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,430,605.79** |
|---|---|---|---|

**Rudy Holesek**
**225 N. Fehr Way**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,262.66** |
|---|---|---|---|

**S.W. Anderson**
**63 Daniel Street**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,803.33** |
|---|---|---|---|

**Seton Identification**
**Products**
**20 Thompson Road**
**PO Box 819**
**Branford, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,498.38** |
|---|---|---|---|

**Sid Harvey Industries Inc**
**605 Locust Street**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **Apollo H.V.A.C. Corporation** |
| | Name |

Case number (if known) _____

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$203.78** |
|---|---|---|---|

**Spx Cooliing Technologies**
**C/O Bank of America**
**PO Box 99038**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Delinquent Account__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,715.79** |
|---|---|---|---|

**SRS Electrical**
**Consultants Inc.**
**281 Skip Lane**
**Suite 1**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Delinquent Account__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$195,655.89** |
|---|---|---|---|

**SRS Enterprises Inc.**
**14 Leonardville Road**
**Middletown, NJ 07748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Delinquent Account__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,670.78** |
|---|---|---|---|

**Staples Business Advantag**
**PO Box 105638**
**Atlanta, GA 30348-5638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Delinquent Account__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,508.85** |
|---|---|---|---|

**Stu Shapiro**
**c/o Abrams Fensterman**
**3 Dakota Drive**
**Suite 300**
**New Hyde Park, NY 11042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Promissory Note__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,487.00** |
|---|---|---|---|

**Stultz Air Tech. System**
**1572 Tilco Drive**
**Frederick, MD 21703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Delinquent Account__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.00** |
|---|---|---|---|

**Suffolk Cty Comptroller**
**PO Box 778**
**Baltimore, MD 21203-0778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: __Fine__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57,694.63 |
|---|---|---|---|

**Sunrise Electrical Svcs.**
**58-60 Cain Drive**
**Brentwood, NY 11717**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**Superior Sheetmetal Inc.**
**60Q Corbin Avenue**
**Bay Shore, NY 11706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,072.40 |
|---|---|---|---|

**Synovia Solutions**
**9330 Priority Way West Dr**
**Indianapolis, IN 46240**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,154.49 |
|---|---|---|---|

**Tarter Krinsky & Drogin**
**1350 Broadway**
**New York, NY 10018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $95,848.50 |
|---|---|---|---|

**Thermal Strategies Inc.**
**42-26 13th Street**
**Long Island City, NY 11101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,759.72 |
|---|---|---|---|

**Titan Scaffold &**
**Ladder Corp.**
**286 Broadway #A**
**Huntington Station, NY 11746**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Delinquent Account**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Town of Islip**
**Traffic Violations**
**40 Nassau Avenue**
**Islip, NY 11751**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Fine**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74,790.71** |
| | **Trane**<br>**PO Box 406469**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Delinquent Account** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,025.62** |
| | **Triweld Industries Inc.**<br>**65 South Second Street**<br>**Bay Shore, NY 11706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Delinquent Account** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$530.22** |
| | **Turtle & Hughes**<br>**1900 Lower Road**<br>**Linden, NJ 07036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Delinquent Account** | |
| | Last 4 digits of account number  **1653** | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.33** |
| | **United Parcel Service**<br>**PO Box 7247-0244**<br>**Philadelphia, PA 19170-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Delinquent Account** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,261.14** |
| | **United Refrigeration**<br>**2301 Meacham Blvd.**<br>**Fort Worth, TX 76106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Delinquent Account** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,954.00** |
| | **United Service Workers**<br>**138-50 Queens Blvd.**<br>**Jamaica, NY 11435** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Dues** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120,381.73** |
| | **United Srv Worker**<br>**Security Division**<br>**138-50 Queens Blvd.**<br>**Jamaica, NY 11435** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim:  **Security Fund** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$275,577.75** |
|---|---|---|---|
| | **United Welfare Fund** | ☐ Contingent | |
| | **138-50 Queens Blvd.** | ☐ Unliquidated | |
| | **Jamaica, NY 11435** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Life/Medical benefits__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,250.00** |
|---|---|---|---|
| | **USI Insurance Services** | ☐ Contingent | |
| | **333 Earle Ovington Blvd.** | ☐ Unliquidated | |
| | **Suite 800** | ☐ Disputed | |
| | **Uniondale, NY 11553** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Delinquent Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,211.16** |
|---|---|---|---|
| | **USI Insurance Services** | ☐ Contingent | |
| | **333 Earle Ovington Blvd.** | ☐ Unliquidated | |
| | **Suite 800** | ☐ Disputed | |
| | **Uniondale, NY 11553** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Delinquent Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,617.00** |
|---|---|---|---|
| | **USI Insurance Services** | ☐ Contingent | |
| | **333 Earle Ovington Blvd.** | ☐ Unliquidated | |
| | **Suite 800** | ☐ Disputed | |
| | **Uniondale, NY 11553** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Delinquent Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,699.04** |
|---|---|---|---|
| | **USW, JATF** | ☐ Contingent | |
| | **138-50 Queens Blvd.** | ☐ Unliquidated | |
| | **Jamaica, NY 11435** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Delinquent Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,461.44** |
|---|---|---|---|
| | **Vanguard Controls Inc.** | ☐ Contingent | |
| | **1 Gold Mine Road** | ☐ Unliquidated | |
| | **Flanders, NJ 07836-9123** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Delinquent Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,956.00** |
|---|---|---|---|
| | **Verizon** | ☐ Contingent | |
| | **PO Box 489** | ☐ Unliquidated | |
| | **Newark, NJ 07101-0489** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Delinquent Account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

---

**3.174** | Nonpriority creditor's name and mailing address

**Vertigo Media Group**
**1593 Locust Avenue**
**Unit D**
**Bohemia, NY 11716**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No  ☐ Yes

**$402.50**

---

**3.175** | Nonpriority creditor's name and mailing address

**Vertiv Corporation**
**125 Newtown Road**
**Suite 360**
**Plainview, NY 11803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No  ☐ Yes

**$172,238.04**

---

**3.176** | Nonpriority creditor's name and mailing address

**Volmar Construction Inc.**
**4400 Second Avenue**
**Brooklyn, NY 11232**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **PS 199 Project**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.177** | Nonpriority creditor's name and mailing address

**W.B. Mason Co., Inc.**
**PO Box 981101**
**Boston, MA 02298-1101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No  ☐ Yes

**$384.45**

---

**3.178** | Nonpriority creditor's name and mailing address

**W.H.M. Plumbing**
**& Heating Contractors**
**6 H Enterprise Drive**
**East Setauket, NY 11733**

Date(s) debt was incurred  **2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account/SBU Innovation & Discovery Center**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,160.00**

---

**3.179** | Nonpriority creditor's name and mailing address

**Wesco Distribution**
**500 Prime Place**
**Hauppauge, NY 11788-0504**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No  ☐ Yes

**$398.04**

---

**3.180** | Nonpriority creditor's name and mailing address

**Wrap N Snap, LLC**
**PO Box 222100**
**Great Neck, NY 11022**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,500.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Apollo H.V.A.C. Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,150.00** |
|---|---|---|---|

**York by Johnson Controls**
**631 S. Richland Avenue**
**York, PA 17403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,024.21** |
|---|---|---|---|

**York Unitary Products**
**PO Box 30671**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,200.00** |
|---|---|---|---|

**Zisholtz & Zisholtz, LLP**
**200 Garden City Plaza**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Delinquent Account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Aaron Shriftman**<br>**Arbitrator/Mediator**<br>**4100 43rd Avenue**<br>**Apt. 4AW**<br>**Sunnyside, NY 11104** | Line  **3.167**<br><br>☐  Not listed. Explain ____ | __ |
| 4.2 | **Aurora Contractors Inc.**<br>**100 Raynor Avenue**<br>**Ronkonkoma, NY 11779** | Line  **3.86**<br><br>☐  Not listed. Explain ____ | __ |
| 4.3 | **Aurora Contractors Inc.**<br>**100 Raynor Avenue**<br>**Ronkonkoma, NY 11779** | Line  **3.39**<br><br>☐  Not listed. Explain ____ | __ |
| 4.4 | **Caine & Weiner**<br>**5805 Sepulveda Blvd.**<br>**4th Floor**<br>**Van Nuys, CA 91411** | Line  **3.162**<br><br>☐  Not listed. Explain ____ | **1653** |
| 4.5 | **Forchelli Deegan Terrana**<br>**333 Earle Ovington Blvd.**<br>**Suite 1010**<br>**Uniondale, NY 11553** | Line  **3.86**<br><br>☐  Not listed. Explain ____ | __ |
| 4.6 | **Forchelli Deegan Terrana**<br>**333 Earle Ovington Blvd.**<br>**Suite 1010**<br>**Uniondale, NY 11553** | Line  **3.39**<br><br>☐  Not listed. Explain ____ | __ |

| Debtor | **Apollo H.V.A.C. Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

| 4.7 | **Forchelli Deegan Terrana**<br>**333 Earle Ovington Blvd.**<br>**Suite 1010**<br>**Uniondale, NY 11553** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Gerard DeGregoris, Jr.**<br>**Attorney At Law**<br>**145 Willis Avenue**<br>**Mineola, NY 11501** | Line **3.132**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Johnson Controls**<br>**5757 N. Greenbay Ave. LD9**<br>**Milwaukee, WI 53209** | Line **3.102**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **June Connolly, Esq.**<br>**6 Enterprise Drive**<br>**Suite H**<br>**East Setauket, NY 11733** | Line **3.178**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Kushnick Pallaci, PLLC**<br>**630 Johnson Avenue**<br>**Suite 201**<br>**Bohemia, NY 11716** | Line **3.97**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **LI R&R Rigging**<br>**125 S. Second Street**<br>**Unit 1**<br>**Bay Shore, NY 11706** | Line **3.112**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Marshall M. Stern, P.C.**<br>**17 Cardiff Court**<br>**Huntington Station, NY 11746** | Line **3.39**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **McElroy, Deutsch, et al.**<br>**1300 Mt. Kemble Avenue**<br>**PO Box 2075**<br>**Morristown, NJ 07962** | Line **3.143**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **NYS Office of Comptroller**<br>**110 State Street**<br>**10th Fl. Offset Unit**<br>**NY 12360** | Line **3.86**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **NYS Office of Comptroller**<br>**110 State Street**<br>**10th Fl. Offset Unit**<br>**NY 12360** | Line **3.39**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Rosenberg, Fortuna & Lait**<br>**666 Old Country Rd**<br>**Suite 810**<br>**Garden City, NY 11530** | Line **3.54**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Rosenthal & Goldhaber, PC**<br>**1393 Veterans Highway**<br>**Suite 212N**<br>**Hauppauge, NY 11788** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Apollo H.V.A.C. Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.19 | **Rothman Rocco**<br>**Laruffa LLP**<br>**3 West Main Street**<br>**Suite 200**<br>**Elmsford, NY 10523** | Line **3.167**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Secretary of State**<br>**Attn: Kenneth Adler**<br>**425 Broadhollow Road**<br>**Huntington Station, NY 11746** | Line **3.167**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **State University of NY**<br>**Attn: Legal Dept.**<br>**353 Broadway**<br>**Albany, NY 12246** | Line **3.86**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **State University of NY**<br>**Attn: Legal Dept.**<br>**353 Broadway**<br>**Albany, NY 12246** | Line **3.39**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Stony Brook University**<br>**1100 University Road**<br>**Stony Brook, NY 11790** | Line **3.102**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Stu Shapiro**<br>**1 Hancock Court**<br>**Centereach, NY 11720** | Line **3.150**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Taroff & Taitz, LLP**<br>**One Corporate Drive**<br>**Suite 102**<br>**Bohemia, NY 11716** | Line **3.181**<br><br>☐ Not listed. Explain ____ | **8002** |
| 4.26 | **Transworld Systems**<br>**Collection Agency**<br>**500 Virginia Dr., #514**<br>**Fort Washington, PA 19034** | Line **3.145**<br><br>☐ Not listed. Explain ____ | **3706** |
| 4.27 | **Welby Brady & Greenblatt**<br>**11 Martine Avenue, PH**<br>**White Plains, NY 10606** | Line **3.121**<br><br>☐ Not listed. Explain ____ | **0001** |
| 4.28 | **Westminster Legal Group**<br>**4220 Duncan Avenue**<br>**Suite 201**<br>**Saint Louis, MO 63110-2972** | Line **3.16**<br><br>☐ Not listed. Explain ____ | **1170** |
| 4.29 | **Zisholtz & Zisholtz, LLP**<br>**200 Garden City Plaza**<br>**Garden City, NY 11530** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **308,509.58** |
| 5b. Total claims from Part 2 | 5b. + | $ | **9,589,115.03** |

Debtor    **Apollo H.V.A.C. Corporation**                                    Case number (if known) _____
_____
Name

**5c. Total of Parts 1 and 2**                                              5c.    $ _____**9,897,624.61**
Lines 5a + 5b = 5c.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Apollo H.V.A.C. Corporation</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **2014 GMC Savana** | |
| State the term remaining — **1/14/20** | **Ally**<br>**Payment Processing Center**<br>**PO Box 78369**<br>**Phoenix, AZ 85062** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **2014 GMC Savana** | |
| State the term remaining — **1/14/20** | **Ally**<br>**Payment Processing Center**<br>**PO Box 78369**<br>**Phoenix, AZ 85062** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **sublease between Apollo H.V.A.C. - part of commercial premises** | |
| State the term remaining — **12-31-2022** | **Bulldog Sheetmetal Corp.**<br>**227 N. Fehr Way**<br>**Bay Shore, NY 11706** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **2018 Lincoln MKC** | |
| State the term remaining — **12/1/20** | **CAB EAST, LLC**<br>**PO Box 105704**<br>**Atlanta, GA 30348** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Apollo H.V.A.C. Corporation** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Plotwave** | |
|---|---|---|---|
| | State the term remaining | | **Canon Financial Services** |
| | List the contract number of any government contract | | **PO Box 5008**<br>**Mount Laurel, NJ 08054** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **2016 GMC Canyon** | |
|---|---|---|---|
| | State the term remaining | **3/17/22** | **Citizens One Auto Finance** |
| | List the contract number of any government contract | | **PO Box 42113**<br>**Providence, RI 02940-2113** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers** | |
|---|---|---|---|
| | State the term remaining | **1/20** | **De Lange Landen Financial** |
| | List the contract number of any government contract | | **PO Box 41602**<br>**Philadelphia, PA 19101-1602** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **2017 Cadillac CT5** | |
|---|---|---|---|
| | State the term remaining | **6/1/20** | **GM Financial Leasing** |
| | List the contract number of any government contract | | **75 Remittance Drive**<br>**Suite 1738**<br>**Chicago, IL 60675-1738** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **2017 Acadia** | |
|---|---|---|---|
| | State the term remaining | **6/1/20** | **GM Financial Leasing** |
| | List the contract number of any government contract | | **75 Remittance Drive**<br>**Suite 1738**<br>**Chicago, IL 60675-1738** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2019 Cadillac Escalade** | |
|---|---|---|---|
| | State the term remaining | **6/1/21** | **GM Financial Leasing** |
| | List the contract number of any | | **75 Remittance Drive**<br>**Suite 1738**<br>**Chicago, IL 60675-1738** |

Debtor 1  **Apollo H.V.A.C. Corporation**                                    Case number (*if known*) _____
     First Name     Middle Name     Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | commercial premises | |
|---|---|---|---|
| | State the term remaining | | **R&T Holding** |
| | List the contract number of any government contract | | **225 N. Fehr Way**<br>**Bay Shore, NY 11706** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **2016 Volvo XC90** | |
|---|---|---|---|
| | State the term remaining | **2 months** | **Volvo Car Financial Services** |
| | List the contract number of any government contract | | **PO Box 91300**<br>**Mobile, AL 36691-1300** |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Apollo H.V.A.C. Corporation**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Anthony Dorsa | 225 N. Fehr Way<br>Bay Shore, NY 11706 | Empire National Bank | ☑ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Rudy Holesek | 225 N. Fehr Way<br>Bay Shore, NY 11706 | Empire National Bank | ☑ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Anthony Dorsa | 225 N. Fehr Way<br>Bay Shore, NY 11706 | Volvo Car Financial | ☐ D _____<br>☐ E/F _____<br>☑ G __2.12__ |
| 2.4 | Anthony Dorsa | 225 N. Fehr Way<br>Bay Shore, NY 11706 | GM Financial Leasing | ☐ D _____<br>☐ E/F _____<br>☑ G __2.8__ |
| 2.5 | Anthony Dorsa | 225 N. Fehr Way<br>Bay Shore, NY 11706 | GM Financial Leasing | ☐ D _____<br>☐ E/F _____<br>☑ G __2.9__ |

**Fill in this information to identify the case:**

Debtor name  **Apollo H.V.A.C. Corporation**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br><br>☐ Other  _____ | **$13,130,661.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | rental income | **$23,333.36** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- | --- |
| 3.1. | **Various**<br>**DEBTOR WILL PROVIDE** | **DEBTOR WILL PROVIE** | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | Apollo H.V.A.C. Corporation | Case number (if known) |
|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**

    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**

    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | S.W. Anderson Sales Corp. v. Apollo H.V.A.C. Corporation<br>616672/2019 | Collection | Supreme Court, Suffolk County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | York International Corporation d/b/a York by Johnson Controls v. Apollo Air Conditioning Corp.<br>614954/2019 | Collection | Supreme Court, Suffolk County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Albert Weiss Air Conditioning Products, Inc. v. Apollo H.V.A.C. Corporation<br>616988/2019 | Collection | Supreme Court, Suffolk County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Apollo H.V.A.C. Corporation**                                         Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **In Re The Trust created by lien law Article 3-a as a result of monies received by Apollo H.V.A.C. Corporation, As Trustee for labor materials provided to the project known as Innovation & Discovery Center, SUNY Stony Brook, NY** | Collection/Lien | **Supreme Court, Suffolk County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Aurora Contractors, Inc. v. Apollo H.V.A.C. Corporation, Rudolph Holesek, Anthony Dorsa, Daniel Davidson and Bulldog Sheet Metal Corp. 617860/2019** | Collection | **Supreme Court, Suffolk County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **AFRMC** | **$2,500** | **2017-2019** | **$2,500.00** |
| | **Recipients relationship to debtor** | | | |
| 9.2. | **Hospice Care Network** | **$1,000** | **3/19/18** | **$1,000.00** |
| | **Recipients relationship to debtor** | | | |
| 9.3. | **Bolton Center YMCA** | **$1,300** | **10/24/18** | **$1,300.00** |
| | **Recipients relationship to debtor** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Apollo H.V.A.C. Corporation**                                        Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Macco Law Group, LLP**<br>**2950 Express Drive South**<br>**Suite 109**<br>**Islandia, NY 11749** | **For services rendered in connection with this instant filing $30,000.00. Filing fee $335.00. See 2016(b) Statement attached.** | **8/27/19** | **$30,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **GMC, Volvo** | **returned leased vehicles** | **Sept. 2019** | **$0.00** |
| | Relationship to debtor | | | |
| 13.2. | **Third Parties** | **Sold 26 vehicles** | **Sept. 2019** | **$102,900.00** |
| | Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

Debtor    Apollo H.V.A.C. Corporation _____    Case number *(if known)* _____

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Apollo H.V.A.C. Corporation**                                    Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor     **Apollo H.V.A.C. Corporation**                                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.     **Ceshini CPA's Tax & Advisory PLLC**<br>**54 North Country Road**<br>**Miller Place, NY 11764** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.     **Ceshini CPA's Tax & Advisory PLLC**<br>**54 North Country Road**<br>**Miller Place, NY 11764** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.     **Ceshini CPA's Tax & Advisory PLLC**<br>**54 North Country Road**<br>**Miller Place, NY 11764** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.     **Empire National Bank**<br>**1707 Veterans Mem. Hwy**<br>**Suite 8**<br>**Islandia, NY 11749** |
| 26d.2.     **USI Insurance Services**<br>**4605 Columbus Street**<br>**Virginia Beach, VA 23456** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor     **Apollo H.V.A.C. Corporation**                                      Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rudy Holesek** | | **President** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anthony Dorsa** | | **Vice-President** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Apollo H.V.A.C. Corporation**                                     Case number *(if known)*

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **October 10, 2019**

**/s/ Rudy Holesek**                                                  **Rudy Holesek**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re   **Apollo H.V.A.C. Corporation**                Case No. _____

                                       Debtor(s)                Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 30,000.00 |
| Prior to the filing of this statement I have received | $ 29,665.00 |
| Balance Due | $ 335.00 |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor       □ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor       □ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 10, 2019** | **/s/ Michael J. Macco** |
| *Date* | **Michael J. Macco** |
| | *Signature of Attorney* |
| | **Macco Law Group, LLP** |
| | **2950 Express Drive South** |
| | **Suite 109** |
| | **Islandia, NY 11749** |
| | **631-549-7900   Fax: 631-549-7845** |
| | *Name of law firm* |

## United States Bankruptcy Court
### Eastern District of New York

In re   **Apollo H.V.A.C. Corporation** _____   Case No. _____
                                    Debtor(s)          Chapter      **7** _____

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **October 10, 2019** _____       **/s/ Rudy Holesek** _____
                                              **Rudy Holesek**/President
                                              Signer/Title

Date:   **October 10, 2019** _____       **/s/ Michael J. Macco** _____
                                              Signature of Attorney
                                              **Michael J. Macco**
                                              **Macco Law Group, LLP**
                                              **2950 Express Drive South**
                                              **Suite 109**
                                              **Islandia, NY 11749**
                                              **631-549-7900   Fax: 631-549-7845**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

1-800 Radiator & A/C
101 Cleveland Avenue
Bay Shore, NY 11706


300 Hampton Road
300 Hampton Road
Southampton, NY 11968


A&J Crane
121 Wyandanch Avenue
Wyandanch, NY 11798


A.D.E. Systems
150 Albany Avenue
Freeport, NY 11520


Aaron Shriftman
Arbitrator/Mediator
4100 43rd Avenue
Apt. 4AW
Sunnyside, NY 11104


ABCO Refrigeration
49-70 31st Street
Long Island City, NY 11101


Able Equipment Rental
1050 Grand Blvd.
Deer Park, NY 11729


ABS Pump Repair
89 Allen Blvd.
Farmingdale, NY 11735


ACA Waste Services
40 Eads Street
West Babylon, NY 11704


Accuspec, Inc.
21 Commerce Drive
Danbury, CT 06810


Ace Hardware
770-14 Grand Blvd.
Deer Park, NY 11729

ADP, LLC
One ADP Drive MS-100
Atlanta, GA 30309


Advanced Control Solution
580 Pine Aire Drive
Bay Shore, NY 11706


Aerotek
290 broadhollow Road
Suite 310E
Melville, NY 11747


AFCO Insurance
5600 N. River Road
Suite 400
Des Plaines, IL 60018-5187


Air Cleaning Specialists
826 Horan Drive
Fenton, MO 63026


Air Control Supply Co.
1580 Lakeland Avenue
Bohemia, NY 11716


Air Weld
94 Marine Street
Farmingdale, NY 11735


Alarm Management
Program of SU
30 Yaphank Avenue
Yaphank, NY 11980


Albert Weiss Air
Conditioning Products Inc
270 Madison Avenue
Suite 1805
New York, NY 10016


All City Testing
& Balancing
2876 Milburn Avenue
Baldwin, NY 11510

All County Crane
& Rigging
94 Bellport Avenue
Yaphank, NY 11980


All Island Auto Glass
333 Larkfiled Road
East Northport, NY 11731


Alldata
PO Box 848379
Dallas, TX 75284-8379


Allen-Stevenson School
132 East 78th Street
New York, NY 10075


Allstate Communications
PO Box 750
Massapequa Park, NY 11762


Ally
Payment Processing Center
PO Box 78369
Phoenix, AZ 85062


American Express
PO Box 1270
Newark, NJ 07101-1270


American Pride
Contracting Inc.
12 Franco Avenue
Selden, NY 11784


Andrew M. DeStefano
270 Shore Road, Apt. 29
Long Beach, NY 11561


Angela Ross
106 Forest Avenue
West Babylon, NY 11704

Anthony Dorsa
225 N. Fehr Way
Bay Shore, NY 11706

Argonaut
610 Walnut Avenue
Bohemia, NY 11716

Arlan Damper Corp.
1598 Lakeland Avenue
Bohemia, NY 11716

Aurora Contractors Inc.
100 Raynor Avenue
Ronkonkoma, NY 11779

Aurora Contractors, Inc.
c/o Forchelli Deegan LLP
333 Earle Ovington Blvd.
Suite 1010
Uniondale, NY 11553

B&F Johnstone Supply
135 Schmitt Blvd.
Farmingdale, NY 11735

Bank of America
PO Box 15796
Wilmington, DE 19886-5796

Bayshore Rental
240 N. Fehr Way
Bay Shore, NY 11706

Beardslee Transmission
680 Old Willets Path
Hauppauge, NY 11788

Brian K. Tolley
856 Birchwood
Medford, NY 11763

Brooklyn Fan & Blower
60-20 34th Avenue
Brooklyn, NY 11214

Brothers II Bus. Machine
200 McCormick Drive
Bohemia, NY 11716-2906

Bruce Supply Corp.
8805 18th Avenue
Brooklyn, NY 11214

Bryan Flores
50 Carver Blvd.
Bellport, NY 11713

Bulldog Sheet Metal Corp.
227 N. Fehr Way
Bay Shore, NY 11706

Bulldog Sheetmetal Corp.
227 N. Fehr Way
Bay Shore, NY 11706

Business Card
Bank of America
PO Box 15796
Wilmington, DE 19886-5796

CAB EAST, LLC
PO Box 105704
Atlanta, GA 30348

Caine & Weiner
5805 Sepulveda Blvd.
4th Floor
Van Nuys, CA 91411

Cangro Industries
495 Smith Street
Farmingdale, NY 11735

Canon Financial Services
PO Box 5008
Mount Laurel, NJ 08054

Carrier Rental Systems
80 Bomont Place
Totowa, NJ 07512

Cascade Water Services
113 Bloomingdale Road
Hicksville, NY 11801

Cassone Leasing Inc.
1950 Lakeland Avenue
Ronkonkoma, NY 11779

Catholic Health Services
St. Francis
2200 Northern Blvd.
Greenvale, NY 11548

Cathryn Byrnes
1528 Pine Avenue
Bohemia, NY 11716

Central Business Systems
1219 Walt Whitman Rd.
Melville, NY 11747

Ceschini CPAs
Tax & Advisory PLLC
54 North Country Road
Miller Place, NY 11764

Chase
PO Box 15123
Wilmington, DE 19850-5123

ChemTreat
5460 Cox Road
Glen Allen, VA 23060

Chemworks Inc.
31 George Street
Newton, MA 02458

Chimney Design
Solutions Inc.
649 Lafayette Ave.
Suite 3
Hawthorne, NJ 07506

Christine Smith
106 Jefferson Street
East Islip, NY 11730


Christopher Brady
53 Briarcliff Road
Shoreham, NY 11786


Christopher Cedeno
780 Hill Street
Southampton, NY 11968


Cintas Corp. Loc 780
PO Box 630803
Cincinnati, OH 45263-0803


Citizens One Auto Finance
PO Box 42113
Providence, RI 02940-2113


Claudia Cheadle
17 Spinnaker Court
East Patchogue, NY 11772


Climate Master LLC
PO Box 1117
Sayreville, NJ 08872


Colleen Robitaille
19 Holiday Park Drive
Centereach, NY 11720


Computerease
PO Box 7789
Santa Rosa, CA 95407


Corey A. Davis
1629 Barbara Lane
East Meadow, NY 11554


Craig A. Showe
18 Winside Lane
Holtsville, NY 11742

Cutting Edge Metal
Works Inc.
12 Long Island Avenue
Holtsville, NY 11742


Daikin Applied
10 Exchange Place
21st Floor
Jersey City, NJ 07302


Dante M. Iafrate
35 Somerset Drive
Commack, NY 11725


De Lange Landen Financial
PO Box 41602
Philadelphia, PA 19101-1602


Delifus Jones
15 Chester Street
Lake Grove, NY 11755


Denico Management
225 N. Fehr Way
Bay Shore, NY 11706


Devon Hannabass
225 Wilson Street
Massapequa Park, NY 11762


Diamond Auto Service
71-73 Cleveland Avenue
Bay Shore, NY 11706


Difazio Power & Electric
711 Grand Blvd.
Deer Park, NY 11729


Dolphin Equipment Corp.
629 5th Avenue
Suite #226
Pelham, NY 10803

East Coast Filter
Sales & Service
80 Modular Avenue
Commack, NY 11725


Eastern Industrial Svcs.
860 B. South Second St.
Ronkonkoma, NY 11779


Edwin A. Flores-Chicas
34 Glenmore Avenue
Brentwood, NY 11717


Edwin Alvarez
20 Randall Avenue
Apt. 21
Freeport, NY 11520


Egan & Golden, Attys.
46 Newton Lane
East Hampton, NY 11937


Elvin Fraser
212 Sullivan Place
Brooklyn, NY 11225


Empire National Bank
1707 Veterans Highway
Suite 8
Islandia, NY 11749


Encore Petroleum
180 West 5th Street
Bayonne, NJ 07002


Energy Plus NY
831 Kent Avenue
Brooklyn, NY 11205


Erlin Steel
857 N. Richmond Avenue
Lindenhurst, NY 11757

Fairfield Maintenance
414 Fairfield Road
Fairfield, NJ 07004


Family Pipe
Insulation Inc.
25-20 100th Street
East Elmhurst, NY 11369


Family Service
1444 5th Avenue
Bay Shore, NY 11706


Federal Express
PO Box 371461
Pittsburgh, PA 15250


Ferguson Enterprises
PO Box 417592
Boston, MA 02241-7592


Fleet Fueling
PO Box 6293
Carol Stream, IL 60197-6293


Forchelli Deegan Terrana
333 Earle Ovington Blvd.
Suite 1010
Uniondale, NY 11553


Forte Construction Inc.
490 Wheeler Road
Suite 101
Hauppauge, NY 11788


G.A. Fleet Assoc. Inc.
55 Calvert Street
Harrison, NY 10528


Galaxie Coffee Service
100 Sea Lane
Farmingdale, NY 11735

Gemma's Automotive Svc.
324 Uniondale Avenue
Uniondale, NY 11553


Gene & Catherine Salkind
1165 Wrack Road
Jenkintown, PA 19046


General Sercurity-36386
100 Fairchild Avenue
Plainview, NY 11803


General Sercurity-36401
100 Fairchild Avenue
Plainview, NY 11803


General Sercurity-452841
100 Fairchild Avenue
Plainview, NY 11803


Gerard DeGregoris, Jr.
Attorney At Law
145 Willis Avenue
Mineola, NY 11501


Gil-Bar Industries, Inc.
9 West 19th Street
New York, NY 10011


Gilbar Industries Inc.
5 West 19th Street
New York, NY 10011


Giovanni Flores
150 Suffok Avenue
Brentwood, NY 11717


GM Financial Leasing
PO Box 99606
Arlington, TX 76096


GM Financial Leasing
75 Remittance Drive
Suite 1738
Chicago, IL 60675-1738

Gotham Pipe Supply LLC
1819 Flushing Ave.
Ridgewood, NY 11385


Grainger, WW
1 Park Drive
Melville, NY 11747


Home Depot Credit Service
PO Box 9001030
Louisville, KY 40290-1030


HRANEE Sheet Metal Inc.
763 McClellandtown Road
Uniontown, PA 15401


HTS NY Inc.
One Penn Plaza
Suite 2014
New York, NY 10019


HVAC Service Assoc.
14 Leonardville Road
Middletown, NJ 07748


Ideal Supply Co.
445 Communipaw Avenue
Jersey City, NJ 07304


Industrial Threaded Prdts
777 Mount Avenue
Wyandanch, NY 11798


Innovative Financial
Technologie
4455 Carver Woods Dr.
Suite 110
Cincinnati, OH 45242


Insta Answer, LLC
PO Box 9831
Pompano Beach, FL 33076

Insurance Company of the
State of Pennsylvania
PO Box 11590
Newark, NJ 07193-1590


Ironbound Supply Co.
146 Jackson Street
PO Box 5210
Newark, NJ 07105


Islandaire
500 Middle Country Road
Saint James, NY 11780


J&M Towing
19 Seabro Avenue
Amityville, NY 11701


J.K. Waste Oil Service
247 W. 5th Street
Deer Park, NY 11729


Jake T. Feldman
11 Grove Street
Lindenhurst, NY 11757


James A. Collette
71 West 2nd Street
Deer Park, NY 11729


James M. Cheadle
50 Meroke Lane
Islandia, NY 11760


James Shea
157 Vanburen Street
West Babylon, NY 11704


Jason M. Stasi
50 2nd Street
West Sayville, NY 11796


Jeffrey Donahue
112 Budenos Drive
Sayville, NY 11782

Jeffrey Donahue, P.E.
112 Budenos Drive
Sayville, NY 11782

Jenry O. Velasquez
70 1st Street
Brentwood, NY 11717

Jill Long
185 Hammond Road
Centereach, NY 11720

John Cardona
2907 Beechnut Avenue
Medford, NY 11763

John F. Sklavonitis
133 Strauss Avenue
Selden, NY 11784

Johnson Controls
PO Box 730068
Dallas, TX 75373

Johnson Controls
5757 N. Greenbay Ave. LD9
Milwaukee, WI 53209

Johnstone Supply
845 East 138th Street
Bronx, NY 10454

Joseph C. Torres
187 Studley Street
Brentwood, NY 11717

Joseph Colletti
49 Deserre Avenue
Staten Island, NY 10312

Joseph L. Mead
9 Hastings Drive
Ridge, NY 11961

Joseph R. Graziano
13 Ridgeview Terrace
Elmsford, NY 10523


Joseph Rocioppi
74 Old Eastneck Road
Melville, NY 11747


Julio Claudio
PO Box 341
Patchogue, NY 11772


June Connolly, Esq.
6 Enterprise Drive
Suite H
East Setauket, NY 11733


Kagan & Cinton Inc.
210 River Street
Hackensack, NJ 07601


Karla J. Dorsa
9 Tall Tree Lane
Rocky Point, NY 11778


Kenneth B. Budds
126 Evergreen Avenue
Medford, NY 11763


KM Associates of NY Inc.
158 West 29th Street
7th Floor
New York, NY 10001


Kushnick Pallaci, PLLC
630 Johnson Avenue
Suite 201
Bohemia, NY 11716


L.P. Gan Sales Co.
100 East Second Street
Mineola, NY 11501

Leidel Corp.
95 Orville Drive
Bohemia, NY 11716

Lennox Industries, Inc.
PO Box 910549
Dallas, TX 75391

Leonardo Domenech
22 Amfer Court
Bay Shore, NY 11706

LI & NY Mechanical
Contractors
123 South Street
Suite 112
Oyster Bay, NY 11771

LI R&R Rigging
125 S. Second Street
Unit 1
Bay Shore, NY 11706

Local 355, USWLMC
138-50 Queens Blvd.
Jamaica, NY 11435

Long Island Pipe Supply
586 Commercial Avenue
Garden City, NY 11530

Long Island R&R Rigging
c/o Ingerman Smith LLP
150 Motor Parkway
Suite 400
Hauppauge, NY 11788

MA 2 Flags Contracting Co
25-18 100th Street
East Elmhurst, NY 11369

Marilyn Dorsa
16 Julia Court
Middle Island, NY 11953

Markus Mathura
132-36 55th Street
Jamaica, NY 11434


Marlborro Group Int. LLC
28 East 28th Street
Concourse Level
New York, NY 10016


Marshall M. Stern, P.C.
17 Cardiff Court
Huntington Station, NY 11746


Mason Industry
PO Box 410
Smithtown, NY 11787


Matthew Bohacik
314 B. Bayville Avenue
Bayville, NY 11709


Matthew H. Crowley
36 Hillsite Lane
Central Islip, NY 11722


Matthew J. Demane
59 Racal Court.
Apt. 3
Staten Island, NY 10314


McElroy, Deutsch, et al.
1300 Mt. Kemble Avenue
PO Box 2075
Morristown, NJ 07962


MCN Distributors
300 N. Connecting Rd.
Islandia, NY 11749


MCN Rigging
MCN Distributors Inc.
300 N. Connecting Road
Islandia, NY 11749

Mechanical Services Inc.
250 5th Avenue
Suite 501
New York, NY 10001


Metal Master
2090 Fifth Avenue
Ronkonkoma, NY 11779


Metro Valve & Actuation
241-02 Northern Blvd.
Suite 203
Little Neck, NY 11362


Michael Berger
2228 80th Street
Brooklyn, NY 11214


Michael J. Emanuele
107 Pequa Place
Massapequa, NY 11758


Michael Siford
161 Overton Street
Deer Park, NY 11729


Michael T. Stewart
PO Box 72
Selden, NY 11784


Michelle A. Selvaggio
17 Brayton Ct. S.
Centereach, NY 11720


Miller Proctor Nicholas
2 Hudson Street
Tarrytown, NY 10591


Mobile on Demand Storage
1055 Montauk Highway
Patchogue, NY 11772

MVC Controls, Inc.
111 Canfield Avenue
Suite A-13
Randolph, NJ 07869


NEFCO Corporation
PO Box 280186
East Hartford, CT 06128-0186


NYC Department of Finance
Church Street Station
PO Box 3640
New York, NY 10008-3640


NYC Department of Finance
Church Street Station
PO Box 3600
New York, NY 10008-3600


NYS Department of
Taxation and Finance
Attn: Office of Counsel
Bldg 9 WA Harriman Campus
Albany, NY 12227


NYS Office of Comptroller
110 State Street
10th Fl. Offset Unit
NY 12360


Oasis Auto Parts
81 Otis Street
West Babylon, NY 11704


Office Depot
PO Box 88040
Chicago, IL 60680


Optimum
PO Box 742698
Cincinnati, OH 45274-2698


Parts Authority
550 Pine Aire Drive
Bay Shore, NY 11706

Patriot Supply Inc.
20-22 West Mall
Plainview, NY 11803


Pav-Lak Contracting Inc.
325 Marcus Boulevard
Hauppauge, NY 11788


Pedowitz Machinery
Movers Inc.
3240 Lawrence Avenue
Oceanside, NY 11572


Peter J. Huljev
285 Merrymount Street
Staten Island, NY 10314


Planet Kids
635 Middle Country Road
Coram, NY 11727


Proactive Technology Grp
14 Plaza road
Greenvale, NY 11548


Prof. Fire Services
2256 Laura Court
Merrick, NY 11566


Przemyslaw Nikiel
1 Willis Avenue
Ronkonkoma, NY 11779


R&R Landscaping
469 Lakeland Avenue
Sayville, NY 11782


R&T Holding
225 N. Fehr Way
Bay Shore, NY 11706


Radiance Auto Body
287 Bay Shore Road
Deer Park, NY 11729

Reliable Wire & Cable
9015 S. Kedzie Avenue
Unit B
Evergreen Park, IL 60805


Roger Zeis
12 Balsam Lane
Commack, NY 11725


Ronald A. Pruitt
111 Hampton Avenue
Mastic, NY 11950


Rosenberg, Fortuna & Lait
666 Old Country Rd
Suite 810
Garden City, NY 11530


Rosenthal & Goldhaber, PC
1393 Veterans Highway
Suite 212N
Hauppauge, NY 11788


Rothman Rocco
Laruffa LLP
3 West Main Street
Suite 200
Elmsford, NY 10523


Rudy Holesek
225 N. Fehr Way
Bay Shore, NY 11706


Ryan M. Meehan
17 Paige Lane
Moriches, NY 11955


S.W. Anderson
63 Daniel Street
Farmingdale, NY 11735


Scott P. Derby
1505 N. Gardiner Drive
Bay Shore, NY 11706

Secretary of State
Attn: Kenneth Adler
425 Broadhollow Road
Huntington Station, NY 11746


Seton Identification
Products
20 Thompson Road
PO Box 819
Branford, CT 06405


Sherwin Barker
227 Oakley Avenue
Apt. 170
Massapequa, NY 11758


Sid Harvey Industries Inc
605 Locust Street
Garden City, NY 11530


Spx Cooliing Technologies
C/O Bank of America
PO Box 99038
Chicago, IL 60693


SRS Electrical
Consultants Inc.
281 Skip Lane
Suite 1
Bay Shore, NY 11706


SRS Enterprises Inc.
14 Leonardville Road
Middletown, NJ 07748


Staples Business Advantag
PO Box 105638
Atlanta, GA 30348-5638


State University of NY
Attn: Legal Dept.
353 Broadway
Albany, NY 12246

Steve Lundberg
109 Wyona Avenue
Selden, NY 11784


Steven D. Iasimone
PO Box 450
Rocky Point, NY 11778


Steven P. Brannigan
20 Emerald Lane
Huntington Station, NY 11746


Stony Brook University
1100 University Road
Stony Brook, NY 11790


Stu Shapiro
c/o Abrams Fensterman
3 Dakota Drive
Suite 300
New Hyde Park, NY 11042


Stu Shapiro
1 Hancock Court
Centereach, NY 11720


Stultz Air Tech. System
1572 Tilco Drive
Frederick, MD 21703


Suffolk Cty Comptroller
PO Box 778
Baltimore, MD 21203-0778


Sunrise Electrical Svcs.
58-60 Cain Drive
Brentwood, NY 11717


Superior Sheetmetal Inc.
60Q Corbin Avenue
Bay Shore, NY 11706


Synovia Solutions
9330 Priority Way West Dr
Indianapolis, IN 46240

Taroff & Taitz, LLP
One Corporate Drive
Suite 102
Bohemia, NY 11716


Tarter Krinsky & Drogin
1350 Broadway
New York, NY 10018


Terry Campbell
130-18 149th Street
Jamaica, NY 11436


Thermal Strategies Inc.
42-26 13th Street
Long Island City, NY 11101


Thomas E. Duffy
482 Arlington Drive
Seaford, NY 11783


Thomas G. Winberry
335 McCall Avenue
West Islip, NY 11795


Thomas H. Doran
186 Greenbelt Pkwy
Holbrook, NY 11741


Timothy Boehm
114 Saw Mill Road
Bellmore, NY 11710


Timothy J. Noon
41 Garfield Street
Bay Shore, NY 11706


Titan Scaffold &
Ladder Corp.
286 Broadway #A
Huntington Station, NY 11746

Town of Islip
Traffic Violations
40 Nassau Avenue
Islip, NY 11751


Trane
PO Box 406469
Atlanta, GA 30384


Transworld Systems
Collection Agency
500 Virginia Dr., #514
Fort Washington, PA 19034


Triweld Industries Inc.
65 South Second Street
Bay Shore, NY 11706


Turtle & Hughes
1900 Lower Road
Linden, NJ 07036


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001


United Refrigeration
2301 Meacham Blvd.
Fort Worth, TX 76106


United Service Workers
138-50 Queens Blvd.
Jamaica, NY 11435


United Srv Worker
Security Division
138-50 Queens Blvd.
Jamaica, NY 11435


United Welfare Fund
138-50 Queens Blvd.
Jamaica, NY 11435

USI Insurance Services
333 Earle Ovington Blvd.
Suite 800
Uniondale, NY 11553


USW, JATF
138-50 Queens Blvd.
Jamaica, NY 11435


Vanguard Controls Inc.
1 Gold Mine Road
Flanders, NJ 07836-9123


Verizon
PO Box 489
Newark, NJ 07101-0489


Vertigo Media Group
1593 Locust Avenue
Unit D
Bohemia, NY 11716


Vertiv Corporation
125 Newtown Road
Suite 360
Plainview, NY 11803


Volmar Construction Inc.
4400 Second Avenue
Brooklyn, NY 11232


Volvo Car Financial
Services
PO Box 91300
Mobile, AL 36691-1300


W.B. Mason Co., Inc.
PO Box 981101
Boston, MA 02298-1101


W.H.M. Plumbing
& Heating Contractors
6 H Enterprise Drive
East Setauket, NY 11733

Walter Rodriguez Castillo
33 Hempstead Tpke
Farmingdale, NY 11735


Welby Brady & Greenblatt
11 Martine Avenue, PH
White Plains, NY 10606


Wesco Distribution
500 Prime Place
Hauppauge, NY 11788-0504


Westminster Legal Group
4220 Duncan Avenue
Suite 201
Saint Louis, MO 63110-2972


William H. Lohrberg
103 Delaware Avenue
Long Beach, NY 11561


Wrap N Snap, LLC
PO Box 222100
Great Neck, NY 11022


York by Johnson Controls
631 S. Richland Avenue
York, PA 17403


York Unitary Products
PO Box 30671
New York, NY 10087


Zisholtz & Zisholtz, LLP
200 Garden City Plaza
Garden City, NY 11530

# United States Bankruptcy Court
## Eastern District of New York

In re    __Apollo H.V.A.C. Corporation__                              Case No. _____

                                             Debtor(s)                       Chapter    __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    __Apollo H.V.A.C. Corporation__    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__October 10, 2019__                                     __/s/ Michael J. Macco__

Date                                             __Michael J. Macco__

                                            Signature of Attorney or Litigant

                                            Counsel for    __Apollo H.V.A.C. Corporation__

                                            __Macco Law Group, LLP__
                                            __2950 Express Drive South__
                                            __Suite 109__
                                            __Islandia, NY 11749__
                                            __631-549-7900 Fax:631-549-7845__

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Apollo H.V.A.C. Corporation                    **CASE NO.:** _____

      Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____           [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____           [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____           [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
                                           (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

**/s/ Michael J. Macco**
**Michael J. Macco**
Signature of Debtor's Attorney
**Macco Law Group, LLP**
**2950 Express Drive South**
**Suite 109**
**Islandia, NY 11749**
**631-549-7900 Fax:631-549-7845**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

<u>NOTE</u>: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.